Lewis Steven Goldblatt, St. Louis, for plaintiff-appellant.

Robert A. Wulff, St. Louis, for defendant-respondent.

### ORDER

PER CURIAM.

Plaintiff appeals from a summary judgment entered in favor of defendant on plaintiff's action to recover damages under the uninsured motorist provisions of insurance policies issued by defendant. The judgment is affirmed in accordance with Rule 84.16(b).

Joseph Pascal Sommer, St. Louis, for appellant.

Robert R. Northcutt, Jefferson City, for respondents.

### ORDER

PER CURIAM.

Appellant, a pharmacist, appeals from the judgment of the trial court affirming the decision of the Administrative Hearing Commission which affirmed the decision of the Bureau of Narcotics and Dangerous Drugs denying renewal of appellant's controlled substance registration. No jurisprudential purpose would be served by an opinion. Judgment is affirmed. Rule 84.16(b).

All concur.

**Phillip STREIB d/b/a Shrewsbury Drug Company, Appellant,**

v.

**Ernest L. SJOBLOM, R.PH., Director of Bureau of Narcotics and Dangerous Drugs,**

and

**Robert Hotchkiss, A Director of Missouri Division of Health, Respondents.**

No. 47972.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 21, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 1984.

Application to Transfer Denied
Nov. 20, 1984.

**STATE of Missouri, Respondent,**

v.

**Michael J. ADKINS, Appellant.**

No. 13385.

Missouri Court of Appeals,
Southern District,
Division One.

Aug. 28, 1984.

Motion for Rehearing or Transfer to Supreme Court Denied Sept. 19, 1984.

Application to Transfer Denied
Nov. 20, 1984.